RECEIVED

JUL 0 6 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

ANDREW D. WETZEL
LA. DOC #539179
VS.

WARDEN, DAVID WADE
CORRECTIONS CENTER

CIVIL ACTION NO. 5:15-cv-0930

SECTION P

JUDGE WALTER

MAGISTRATE JUDGE KAREN L. HAYES

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this petition for writ of habeas corpus be **DISMISSED WITH PREJUDICE** for failing to state a claim for which habeas corpus relief may be granted.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this ___ day of _____, 2015.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE